# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                      NO. 2019 KW 0628

VERSUS

JAMES McKINLEY MILLER                          AUG 0 5 2019

---

In Re:    James McKinley Miller, applying for supervisory writs,
          22nd Judicial District Court, Parish of St. Tammany,
          No. 585,796.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.** The **Boykin** transcript shows that the district court did not impose a sentence on the second degree battery conviction until after the court adjudicated relator a second-felony habitual offender. Relator's sentences and habitual offender adjudication were the result of a negotiated plea. A defendant cannot seek review of a sentence imposed in conformity with a plea agreement which was set forth in the record at the time of the plea. See La. Code Crim. P. art. 881.2(A)(2). See also **State v. Gedric,** 99-1213 (La. App. 1st Cir. 6/3/99), 741 So.2d 849, 851-52 (*per curiam*), writ denied, 99-1830 (La. 11/5/99), 751 So.2d 239. Therefore, the district court did not err by denying the motion to correct an illegal sentence.

                              **JMM**
                              **MRT**
                              **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
           FOR THE COURT